IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KWAN ENGRAM                                                              PLAINTIFF

v.                                    No. 4:25-cv-586-DPM

NORMAN PETTY; J & L
TRANSPORTATION, LLC; JOHN DOE
ENTITIES, 1–4; and JOHN DOE, 1–4                                    DEFENDANTS

ORDER

Engram has been diligent in his quest to achieve good service—attempting to serve Petty at multiple addresses, performing skip-trace and location investigations, and working with a private investigator *Doc. 20-1*. The Court notes that Petty appeared in this case and has counsel. *Doc. 3 & 6*. But the Court has no reason to believe that Petty's counsel is authorized to accept service on his behalf. *MW Ag, Inc. v. New Hampshire Insurance Co.*, 107 F.3d 644, 647 (8th Cir. 1997). Engram has also communicated with Petty's counsel. No one is able to locate him. *Doc. 20 at 3*. A warning order is the best that can be done in the circumstances; and it's consistent with due process and the applicable Rules. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 317 (1950); Fed. R. Civ. P. 4(e)(1); Ark. R. Civ. P. 4(g)(4). For good cause, the Court extends the time for service to 6 April 2026. Engram must file a proposed warning order, and suggest particulars

about publication and other means of notification, by 11 February 2026. Motion, *Doc. 20*, reluctantly granted.

    So Ordered.

                      *DPMarshall Jr.*
                      D.P. Marshall Jr.
                      United States District Judge

                      3 February 2026