## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

KWAN ENGRAM                                                    PLAINTIFF

v.                          No. 4:25-cv-586-DPM

NORMAN PETTY; J & L
TRANSPORTATION, LLC; JOHN DOE
ENTITIES, 1–4; and JOHN DOE, 1–4          DEFENDANTS

## ORDER

Engram's motion for approval of the Warning Order, *Doc. 22*, is granted as specified.

The specifications: Engram must follow the terms of Arkansas Rule of Civil Procedure 4(g)(3)(A)–(D) exactly—and then some. He must take extra steps that, considering all the circumstances, are needed to maximize the chance that Petty will get notice of the lawsuit. *Mullane v. Central Hanover Bank & Trust Co.*, 339 U.S. 306, 314 (1950). Engram must cause this Warning Order to be published in the *Arkansas Democrat-Gazette*, the *Wood County Monitor, and* the *Tyler Morning Telegraph* once a week for at least two consecutive weeks. He must file proof of publication. Ark. R. Civ. P. 4(g)(3)(B)(iii). Engram must also serve this Warning Order, the complaint, and the summons on Petty by certified mail to all known recent addresses and by email (with tracking) to any available email address. Any future request for default

Judgment must comply strictly with Arkansas Rule 4(g)(3)(D). The Court made some changes to the draft warning order, *Doc. 22 at 1*. It will issue the Order with its changes today.  The Court's Warning Order is the only one that the parties should circulate.

    So Ordered.

                    _____

                    D.P. Marshall Jr.
                    United States District Judge

                    _____9 March 2026_____