# TESTING SCHEDULE FOR CM/ECF 1.9 NEXTGEN UPGRADE

*Deadline for Completion: November 27, 2026*

| Name | Court Events |
|---|---|
| **Katelyn Cameron** | • All attorney admissions reports.<br>• Utilities/Miscellaneous<br>    o Attorney Admissions<br>    o Attorney Admission Report<br>    o Maintain User Accounts<br>• Utilities/Edit Data/Maintain Case Data. All events listed, including all editor events relating to Criminal Case edits.<br>• Utilities/Edit Data/Edit Law Firm Data.<br>• Utilities/Edit Data/Edit Person Data.<br>• Utilities/Edit Data/Edit Prison Data.<br>• Utilities/Local Utilities<br>    o Find User with Bounce Back Email Address<br>    o Check Free Look<br>    o Intra District Transfer Log<br>• Reports<br>    o Attorney/Judge Report<br>    o Firm/Attorney Report<br>    o Firm/Judge Report<br>• Reports/Quality Control/Sealed Entries – DAR and Tier II Criminal Charging Documents.<br>• Criminal/Other Filings/Notices/Notice of Change of Address.<br>• Criminal/Other Filings/Other Documents/Sealed Document<br>• Criminal/Court Events/Utility Events. All events.<br>• Criminal/Case Assignment – Reassignment/Recusal Random.<br>• Criminal/Case Assignment – Reassignment/Recusal Direct.<br>• Criminal/Case Assignment. Void an Assignment. |
| **Crystal Newton** | • CEO.<br>• NEF Deliveries.<br>• Sealed Functionality<br>• Utilities/All Your Account events.<br>• Utilities/Delayed Notice Search Warrant Events.<br>• Utilities/Miscellaneous:<br>    o Full Text Search<br>    o Legal Research<br>    o Mailings<br>    o Verify a Document |

| Name | Court Events |
|---|---|
| | ○ Internet Payment History<br>○ Internet Payments Made<br>○ Edit Exclusion List<br>○ Regenerate NEF<br>○ Case Assignment<br>○ Conflict Checking<br>• Reports. All events not in a subtitle (Docket Sheet, etc.)<br>• Reports/Civil Reports.<br>• Reports/Criminal Reports.<br>• Reports/Civil and Criminal Reports.<br>• Reports/Quality Control Reports.<br>• Reports/Judgment Index Reports.<br>• Reports/Case Management/Local Reports/Quality Control. All Reports.<br>• Reports/Case Management/Local Reports/Utility. All Reports.<br>• Reports/Case Management/Local Reports. CRD and Docket Clerk reports.<br>• Reports/Financial Interest and Recusal List.<br>• Speedy Trial.<br>• Word Forms and NextGen<br>• Civil/Initial Pleadings and Service/Complaints and Other Initiating Documents/Bankruptcy Appeal.<br>• Reports/Quality Control Reports/Tier II Criminal DAR<br>• Reports/Case Management/Local Reports/Appeal Case Status Report.<br>• Criminal/Court Events/Other Orders/Judgments – All events listed.<br>• Criminal/Court Events/Other Events. All events.<br>• Civil/Other Filings/Notices/Notice of Hearing.<br>• Civil/Other Filings/Notices/Notice of Hearing on Motion<br>• Civil/Court Events/Minute Entries and Orders on Motions—all events.<br>• Criminal/Court Events/Minutes and Order Entries—all events.<br>• Check CEO test for all hearings/trials scheduled. |
| **Brent Beall** | • Civil/Open a Case/Civil Correspondence Case.<br>• Civil/Court Events/Utility Events/Terminate Correspondence Case.<br>• Civil/Court Events/Utility Events/Correspondence.<br>• Civil Court Events/Other Events/Receipt Filed.<br>• Reports/Quality Control Reports/Tier I DAR.<br>• Criminal/Open a Case/Criminal Correspondence Case.<br>• Criminal/Court Events/Correspondence. All events listed.<br>• Civil/Motions and Related Filings/Motions—All events listed (146 events)<br>• Civil Motions and Related Filings/Responses and Replies—All events listed (9 events) |

| Name | Court Events |
|---|---|
| | • Civil/Other Filings/Other Documents—<br>  ○ Objection to Report and Recommendations<br>  ○ Objections to Answer to Writ |
| **Kasey Nokes** | • Criminal/Case Assignment/Initial Assignment (Random). All criminal Decks.<br>• Criminal/Open a Case/Criminal Case Assigned. (Including single and multiple defendant cases with multiple counts, merging a magistrate case, and multiple attorneys).<br>• Criminal/Case Assignment/Open a Case – Assigned (Sealed)<br>• Criminal/Charging Instruments and Pleas/Indictment, Information and Complaint<br>  ○ Indictment<br>  ○ Information – All Misdemeanor<br>  ○ Information – Felony<br>  ○ Notice of Removal from State Court<br>• Criminal/Other Filings/Transfer Documents. All events.<br>• Criminal/Other Filings/Detention. All events.<br>• Criminal/Other Filings/Notices—<br>  ○ Notice of Alibi Witness<br>  ○ Notice of Attorney Appearance – Defendant<br>  ○ Notice of Attorney Appearance – USA.<br>  ○ Notice of Hearing<br>  ○ Notice of Insanity Defense<br>  ○ Notice of Intent to Seek Death Penalty<br>  ○ Notice of Judgment Debtor Examination<br>  ○ Notice to Resume Prosecution<br>• Criminal/Other Filings/Other Documents—<br>  ○ Consent to Magistrate Judge Disposition on Motion<br>  ○ Consent to Trial before US Magistrate Judge<br>• Criminal/Court Events/Orders on Motion. |
| **A.D. Edgerson** | • Utilities/Records Management. All Events listed. |
| **Alisha Jackson** | • Civil/Initial Pleadings and Service/Service of Process—All events listed (29 events).<br>• Civil/Other Filings/Notices—<br>  ○ Certificate of Counsel<br>  ○ Notice (Other)<br>  ○ Notice of Acceptance with Offer of Judgment<br>  ○ Notice of Appearance<br>  ○ Notice of Application for Writ |

| Name | Court Events |
|---|---|
| | ○ Notice of Bankruptcy<br>○ Notice of Intent to Request Redaction<br>○ Notice of Judgment Debtor Examination<br>○ Notice of Lis Pendens<br>○ Notice of Related Case<br>○ Notice of Settlement<br>○ Notice of Voluntary Dismissal (make sure Clerk's office receive electronic notice.)<br>• Civil/Other Filings/Other Documents—<br>○ Addendum<br>○ Affidavit<br>○ Amended Document<br>○ Appendix<br>○ Application for Writ<br>○ Brief NonAppeal<br>○ Consent to Join Collective Action<br>○ Corporate Disclosure Statement<br>○ Declaration<br>○ Disclaimer<br>○ Errata<br>○ Final Accounting and Application<br>○ Joinder<br>○ Joint Report of Discovery Dispute<br>○ Memorandum<br>○ Objections<br>○ Petition Filed<br>○ Pretrial Disclosure Sheet<br>○ Pretrial Memorandum<br>○ Redaction Request – Transcript<br>○ Reference List<br>○ Reply (Non Motion)<br>○ Report of Rule 26(f) Planning Meeting<br>○ Request<br>○ Response (Non Motion) |
| **Brady Hibbs** | • Civil/Other Filings/Other Documents—<br>○ Consent to Magistrate Judge Disposition on Motion<br>○ Defendant's Brief (Social Security)<br>○ Plaintiff's Brief (Social Security)<br>○ Settlement Agreement |

| Name | Court Events |
|---|---|
| | ○ Stipulation<br>○ Stipulation of Dismissal<br>○ Suggestion of Death<br>○ Traverse<br>○ Waiver<br>○ Waiver of Reply<br>○ Withdraw Motion<br>• Civil/Court Events/Orders on Motions.<br>• Civil/Court Events/Other Orders/Judgments/Consent to Jurisdiction by US Magistrate Judge<br>• Utilities/Local Utilities/Sealed Label (both civil and criminal).<br>• Reports/Case Management/Mailing Labels.<br>• Utilities/Maintain Transcripts.<br>• Criminal/Other Filings/Appeal Documents. All events.<br>• Transcripts – All events. |
| **Jake Kornegay** | • Civil Case Assignment—All events listed.<br>• Utilities/Edit Data/Maintain Case Data. All events listed, including all editor events relating to Civil Case edits.<br>• Civil/Other Filings/Notices/Notice of Address Change<br>• Civil/Other Filings/Other Documents<br>○ Docket Notice<br>○ Satisfaction of Judgment<br>• Civil/Court Events/Utility Events (all events except correspondence events.)<br>• Civil/Court Events/Other Events. All events listed.<br>• Utilities/Interdistrict Transfer of Case. All events listed.<br>• Utilities/Local Utilities/IntraDistrict Transfer Log.<br>• Reports/Quality Control Reports/Tier II Civil DAR.<br>• Reports/Interpreters. All events listed.<br>• Criminal/Other Filings/Notices<br>○ Interpreter Canceled.<br>○ Interpreter Notice. |
| **Frank Gubanski** | • Reports/Case Management/Local Reports--<br>○ Writ Status Report<br>○ State of the Docket Report<br>○ Transferred Cases with Trial Set<br>• Reports/Case Management/Local Reports/Statistics. All reports listed.<br>• Criminal/Other Filings/Service of Process—<br>○ Application and Affidavit |

<table>
<tr><th>Name</th><th>Court Events</th></tr>
<tr><td></td><td>
<ul>
<li>Certificate of Mailing</li>
<li>Certificate of Service</li>
<li>Judgment Returned Executed</li>
<li>Memorandum from U S Marshal Service</li>
<li>Return of Service</li>
<li>Sealed Writ Issued</li>
<li>Summons Issued</li>
<li>Summons Returned Executed</li>
<li>Summons Returned Unexecuted</li>
<li>Warrant of Removal Issued</li>
<li>Writ Issued</li>
<li>WHCAP Executed</li>
<li>WHCAP Issued</li>
<li>WHCAP Unexecuted</li>
<li>WHCAT Executed</li>
<li>WHCAT Issued</li>
<li>WHCAT Unexecuted</li>
</ul>
</td></tr>
<tr><td>Brandy Dunlap</td><td>
<ul>
<li>Criminal/Motions and Related Filings/Motions. All events listed.</li>
<li>Criminal/Motions and Related Filings/Response, Replies and Brief. All events listed.</li>
<li>Criminal/Other Filings/Discovery Documents. All events.</li>
<li>Criminal/Other Filings/Waivers. All events.</li>
<li>Criminal/Other Filings/Other Documents—
<ul>
<li>Addendum</li>
<li>Affidavit</li>
<li>Affidavit – Rule 40</li>
<li>Agreement to Forfeit Property</li>
<li>Answer to Application for Writ of Garnishment</li>
<li>Application for Writ of Garnishment</li>
<li>Brief</li>
<li>Consent to Inspection of PSI</li>
<li>Consent to Videoconference</li>
<li>Corporate Disclosure Statement</li>
<li>Docket Note</li>
<li>Information to Establish Prior Conviction</li>
<li>Memo to File</li>
<li>Memorandum in Support</li>
<li>Notice of Intent to Request Redaction</li>
<li>Objection to Presentence Investigation</li>
<li>Objection to Report and Recommendations</li>
</ul>
</li>
</ul>
</td></tr>
</table>

<table>
<tr><th>Name</th><th>Court Events</th></tr>
<tr><td></td><td>
<ul><li style="list-style:none"><ul>
<li>Pretrial Memorandum</li>
<li>Redacted Document</li>
<li>Reference List</li>
<li>Response (non motion)</li>
<li>Response to Order to Show Cause</li>
<li>Rule 12.4 Disclosure Statement</li>
<li>Rule 12.4 Disclosure Statement by Government</li>
<li>Sentencing Memorandum</li>
<li>Status Report</li>
<li>Suggestion of Death</li>
<li>Variance Stipulation</li>
</ul></li></ul>
</td></tr>
<tr><td>Joyce Pigee</td><td>
<ul>
<li>Assign and open a miscellaneous case.</li>
<li>Civil/Initial Pleadings and Service/Complaints, Other Initiating Documents—
<ul>
<li>Amended Counterclaim,</li>
<li>Amended Crossclaim,</li>
<li>Amended Third Party Complaint,</li>
<li>Application for Writ of Garnishment,</li>
<li>Counterclaim,</li>
<li>Crossclaim,</li>
<li>Intervenor Complaint,</li>
<li>Notice of Condemnation,</li>
<li>Notice to Take Foreign Deposition</li>
<li>Petition to Enforce IRS Summons</li>
<li>Petition to Perpetuate Testimony</li>
<li>Registration of Foreign Judgment</li>
<li>Third Party Complaint</li>
</ul></li>
<li>Civil/Initial Pleadings and Service/Answers to Complaints</li>
<li>Civil/Initial Pleadings and Service/Other Answers – All Events listed (7 Events)</li>
<li>Civil/Other Filings/Other Documents/Interpleader</li>
<li>Civil/Other Filings/Other Documents/Miscellaneous Case Filed</li>
<li>Reports/Historical Records. All events listed.</li>
</ul>
</td></tr>
<tr><td>Laura Beatty</td><td>
<ul>
<li>Civil/Case Assignment/Initial Assignment/ Random.</li>
<li>Civil/Case Assignment/Initial Assignment/Direct (multi-plaintiff prisoner.)</li>
<li>Civil/Open a Case/Civil. All events and multiple types of cases (sealed, prisoner, SSA, regular civil, referred and not referred, multiple parties and multiple attorneys)</li>
<li>Initial Pleadings and Service/Complaints, Other Initiating Documents—
<ul>
<li>Amended Complaint,</li>
</ul></li>
</ul>
</td></tr>
</table>

| Name | Court Events |
|---|---|
| | ○ Amended Petition for Writ of Habeas Corpus,<br>○ Complaint,<br>• Civil/Other Filings/Appeal Document—All events listed (32 events).<br>• Civil/Other Filings/Discovery Documents—All events listed (15 events)<br>• Civil/Other Filings/Notices/Notice of Removal<br>• Civil/Other Filings/Other Documents/Amended Petition for Removal<br>• Civil/Other Filings/Other Documents/Jury Demand<br>• Reports/Case Management Reports/Local Reports<br>○ Pro Se Appeal Case Status Report<br>○ 1983 Status Report – Magistrate<br>○ 1983 Status Report – Pro Se |
| **LaKeta Gutierrez** | • Civil/Case Assignment/Initial Assignment/ Random.<br>• Civil/Case Assignment/Initial Assignment/Direct (multi-plaintiff prisoner.)<br>• Civil/Open a Case/Civil. All events and multiple types of cases (sealed, prisoner, SSA, regular civil, referred and not referred, multiple parties and multiple attorneys)<br>• Initial Pleadings and Service/Complaints, Other Initiating Documents—<br>○ Amended Complaint,<br>○ Amended Petition for Writ of Habeas Corpus,<br>○ Complaint,<br>• Civil/Other Filings/Discovery Documents—All events listed (15 events)<br>• Civil/Other Filings/Notices/Notice of Removal<br>• Civil/Other Filings/Other Documents/Amended Petition for Removal<br>• Civil/Other Filings/Other Documents/Jury Demand<br>• Reports/Case Management Reports/Local Reports<br>○ Pro Se Appeal Case Status Report<br>○ 1983 Status Report – Magistrate<br>○ 1983 Status Report – Pro Se |
| **Andrea Knight** | • Civil/Case Assignment/Initial Assignment/ Random.<br>• Civil/Open a Case/Civil. All events and multiple types of cases (sealed, prisoner, SSA, regular civil, referred and not referred, multiple parties and multiple attorneys)<br>• Initial Pleadings and Service/Complaints, Other Initiating Documents—<br>○ Amended Complaint,<br>○ Amended Petition for Writ of Habeas Corpus,<br>○ Complaint,<br>• Civil/Other Filings/Discovery Documents—All events listed (15 events)<br>• Civil/Other Filings/Notices/Notice of Removal<br>• Civil/Other Filings/Other Documents/Amended Petition for Removal |

| Name | Court Events |
| --- | --- |
| | • Civil/Other Filings/Other Documents/Jury Demand<br>• Reports/Case Management Reports/Local Reports<br>    o Pro Se Appeal Case Status Report<br>    o 1983 Status Report – Magistrate<br>    o 1983 Status Report – Pro Se |
| **DJ CRD** | • Civil/Court Events/Other Orders/Judgments—Initial Scheduling Order and Scheduling Order.<br>• Check CEO Test for all trials scheduled.<br>• Utilities/Maintain Judge Statistics—<br>    o Edit Monthly Trials Misc Data<br>    o Edit Monthly Trials Time in Court Data<br>• Civil/Court Events/Sealed Minutes.<br>• Criminal/Charging Instruments and Pleas/Plea-Related Documents. All events.<br>• Criminal/Other Filings/Trial Documents. All events. |
| **MJ CRD** | • Utilities/Maintain Judge Statistics—<br>    o Edit MJStar Misc Data<br>    o Edit MJStar Petty Offense Data<br>    o Edit MJStar time in Court Data<br>• Reports/Case Management Reports/Local Reports/Case Management—<br>    o Magistrate Case Aging Report<br>    o Magistrate Case Aging Report (Cases Listed)<br>    o Pending Non Prisoner Pro Se Civil Cases<br>• Criminal/Case Assignment/Initial Assignment/Direct.<br>• Criminal/Charging Instrument and Pleas/Indictment, Information, Complaint/Complaint<br>• Criminal/Charging Instruments and Pleas/Magistrate Judge Case Documents<br>    o Beeper<br>    o Electronic Tracking Device<br>    o Nondisclosure Order<br>    o NonDisclosure Order Extension.<br>• |

| Name | Court Events |
|---|---|
| **DJ CRD** | • Civil/Other Filings/Notices/Trial Documents—All events listed.<br>• Criminal/Other Filings/Notices—<br>    ○ Notice of Hearing – Felony Waiver with Form.<br>    ○ Notice of Hearing Cancelled.<br>    ○ Notice of Hearing Continued with Form.<br>    ○ Notice of Hearing on Motion<br>    ○ Notice of Hearing on Motion with Form<br>    ○ Notice of Hearing with Form<br>    ○ Check CEO Test for all hearings scheduled.<br>• Criminal/Other Filings/Other Documents/Wiretap Report (including opening a wiretap case).<br>• Reports/Case Management/Local Reports<br>    ○ Civil Case Inactivity Report<br>    ○ Criminal Cases Defendant in P5 Status Report<br>    ○ Defendant in P1 Status Report<br>    ○ Initial Appearance to Plea or Trial<br>    ○ Initial Scheduling Order<br>    ○ Proceedings in Other Custody Flagged Cases<br>    ○ Pretrial Discovery Order<br>    ○ Rule 26(f) Final Scheduling Order<br>• |
| **DJ CRD??** | • Civil/Other Filings/Other Documents—<br>    ○ CJA 20 Attorney Appointed<br>    ○ Financial Affidavit<br>    ○ Financial Affidavit – CJA 23<br>    ○ Marshal's Report of Sale<br>    ○ Notice of Levy – USM<br>    ○ Notice of Sequestration – USM<br>    ○ Prisoner Trust Fund Account Statement<br>    ○ Receivers Financial Report<br>    ○ Redacted List<br>• Civil/Court Events/Other Orders/Judgments. All events and utility events, except initial scheduling order and scheduling order.<br>• Reports/Attorney Appointments (CJA). All events listed.<br>• |

| Name | Court Events |
| --- | --- |
| **MJ CRD** | • Criminal/Case Assignment/Initial Assignment/Direct.<br>• Criminal/Charging Instruments and Pleas/Magistrate Judge Case Documents<br>    ○ Pen Register<br>    ○ Pen Register Extension<br>    ○ Radio Transponder<br>    ○ Toll Record<br>    ○ Tracking Warrant<br>    ○ Tracking Warrant Extension<br>    ○ Trap and Trace Device<br>• Criminal/Other Filings/Other Document/Financial Affidavit-CJA 23<br>• Criminal/Other Filings/Service of Process—all search warrant events. All seizure warrant events (including opening a search warrant case.)<br>• |